IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUAL EMPLOYMENT OPPORTUNITY    :     CIVIL ACTION
COMMISSION    :
   :
   v.    :
   :
   :
EAGLE NATIONAL BANK    :     NO. 02-3862

## ORDER

**AND NOW**, this 13th day of August, 20002, it is hereby **ORDERED** that the **Rule 16 initial pretrial conference** in the above-captioned matter is **rescheduled** to **September 18, 2002 at 10:40 a.m.,** and will be held in Room 3030, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

      It is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## <u>ORDER FAX FORM</u>

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3862**
**TODAY'S DATE**: August 13, 2002          **LAW CLERK'S INITIALS**: LFS

**NAME** _____          **FAX NUMBER** (Area Code & Number)

1.    Iris Santiago-Flores, Esq.                    215-440-
2.    Colleen McDougall Marsini, Esq.              610-892-9166
3.    Tshaka Lafayette, Esq.                       215-977-7792